UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KENY NORALES,

                Plaintiff(s)

                                                         25 civ 3660 (JGK)

        -against-

PARK AVENUE SOUTH MANAGMENT LLC, et al,
                            Defendant(s).
-----------------------------------------------------------X

## ORDER

The conference scheduled for September 25, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

                                                                 **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 15, 2025