UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENY NORALES,

Plaintiff(s)

        25 civ 3660 (JGK)

    -against-

PARK AVENUE SOUTH MANAGEMENT, et al,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties should submit a letter to the Court explaining why the settlement in this case is fair, reasonable and adequate. See <u>Cheeks v. Freeport Pancake House.</u>, 796 F.3d 199, 200 (2d Cir. 2015).

The letter should include an explanation of the attorney's fees and costs, together with the necessary time records, biographies and billing rates to calculate the loadstar.

The latter should be submitted by **April 28, 2026.**

**SO ORDERED.**

_____
          **JOHN G. KOELTL**
     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 14, 2026