# Law Offices of Colin Mulholland
### Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

Apil 28, 2026

Honorable John G. Koeltl
Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Norales v. Park Avenue South Management LLC et al, 25-cv-03660**

Your Honor,

The parties have a proposed agreement out for client review and would jointly respectfully request an additional two weeks to finalize and execute their agreement for Cheeks approval.

This is the first request for an extension, and it is on consent.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

**APPLICATION GRANTED**
**SO ORDERED**

John G. Koeltl, U.S.D.J.

4/28/26