# CLIFTON BUDD & DEMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

May 26, 2026

**VIA ECF**
Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1970
New York, NY 10007

Application GRANTED.

SO ORDERED.
Dated: May 27, 2026

*Att cl an*

Re:    *K. Norales v. Park Avenue South Management, LLC, et al.*
       Case No. 1:25-cv-03660-SDA

Dear Judge Aaron:

This firm represents defendants Park Avenue South Management LLC ("Park Ave South") and 192-208 Nagle Ave, LLC ("192-208 Nagle" and, collectively with Park Ave South, the "Defendants"), in the above-referenced action. Pursuant to Your Honor's Individual Practices, we write to respectfully request, on consent, a third and final two-week extension of time for the parties to file their submissions to permit this Court to review the terms of settlement in this matter, from today's deadline, through Tuesday, June 9, 2026.

This is the third request for an extension of the submission deadline so-ordered by Judge Koeltl in this matter on April 13, 2026, *see* Dkt. 13, as two earlier, two-week extensions have been granted from the original deadline of April 28, 2026, through today's date. *See* Dkt. 14-15; 18-19.

At this time, counsel for the parties have prepared written settlement paperwork that would memorialize the agreement in principle, subject to the parties' final negotiations and approval of its language and provisions. The additional requested time will permit both sides to finalize and execute the agreement prior to its submission to this Court for review.

We greatly appreciate the Court's time and attention to this matter.

Respectfully Submitted,

CLIFTON BUDD & DEMARIA, LLP
*Attorneys for the Defendant*

By:    Stephen P. Pischl | Partner

cc:    **VIA ECF**
       LAW OFFICES OF COLIN MULHOLLAND
       *Attorneys for the Plaintiff*