# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

June 9, 2026

Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Norales v. Park Avenue South Management LLC et al, 25-cv-03660**

Your Honor,

The parties jointly apologize for the delay and would respectfully request until June 16, 2026 to submit their agreement.

Counsel have a final agreement for execution. The undersigned would respectfully request a few more days to co-ordinate with Plaintiff to secure his signature.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

Application GRANTED. The parties are advised
that no further extensions will be granted.

SO ORDERED.
Dated: June 10, 2026