**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Keny Norales,<br><br>                    **Plaintiff,**<br><br>        -against-<br><br>Park Avenue South Management LLC et al.,<br><br>                    **Defendants.** | **1:25-cv-03660 (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on June 17, 2026, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed settlement agreement (ECF No. 25); and

WHEREAS, on July 1, 2026, the parties filed the fully executed settlement agreement (ECF No. 26).

NOW, THEREFORE, it is hereby ORDERED that this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

Dated:      New York, New York
            July 2, 2026

_____
STEWART D. AARON
United States Magistrate Judge